IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 0 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MGH COMMUNITY HEALTH, INC.,
d/b/a MGH HOME HEALTH,
18109 Prince Philip Drive, Suite 325
Olney, Maryland 20832,

        Plaintiff,

v.

MICHAEL O. LEAVITT, Secretary,
Department of Health and Human Services
200 Independence Avenue, SW
Room 615F
Washington, DC 20202,

Serve:

1. U.S. Attorney for the District of Columbia

2. The Attorney General of the United States
   U.S. Department of Justice
   950 Pennsylvania Avenue NW
   Washington, DC 20530-0001

3. Secretary of Health and Human Services
   c/o Office of the General Counsel
   Room 722A
   Hubert H. Humphrey Building
   200 Independence Avenue, S.W.
   Washington, D.C. 20201

        Defendant.

CASE NUMBER 1:06CV01571

JUDGE: Emmet G. Sullivan

DECK TYPE: Administrative Agency Review

DATE STAMP: 09/08/2006

Certificate Required by LCvR 7.1 of the Local Rules of the
<u>United States District Court for the District of Columbia</u>

I, the undersigned counsel of record for the MGH Community Health, Inc., d/b/a MGH Home Health, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Plaintiff which have any outstanding securities in the hands of the public:

1. None.

This representation is made in order that judges of this Court may determine the need for recusal.

                                                Respectfully submitted,

                                                _____
                                                Harold G. Belkowitz
                                                D.C. Bar No. 449800
                                                Ober, Kaler, Grimes & Shriver
                                                A Professional Corporation
                                                1401 H Street, N.W., Fifth Floor
                                                Washington, DC 20005-3324
                                                (202) 408-8400
                                                (202) 408-0640 facsimile

                                                Carel T. Hedlund
                                                Ober, Kaler, Grimes & Shriver
                                                A Professional Corporation
                                                120 E. Baltimore Street
                                                Baltimore, Maryland 21202-1643
                                                (410) 685-1120

                                                Counsel for the Plaintiff

140591