DISTRICT OF COLUMBIA SUPERIOR COURT
Civil Division

| | |
|---|---|
| MGH COMMUNITY HEALTH, INC., d/b/a<br>MGH HOME HEALTH<br>    Plaintiff<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, Department of Health and Human Services<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)   Case No. 1:06CV01571<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Affidavit of Service**

I, Max Brandy, say that I am over the age of eighteen years, and that my business address is: 1401 H Street, N.W., Suite 500, Washington, DC 20005. On September 11, 2006, I served the Summons; Complaint for Declaratory and Injunctive Relief and for Sums Due Under the Medicare Act; Notice of Right To Consent To Trial Before A United States Magistrate Judge; and Initial Electronic Case Filing Order in the above entitle case on the Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, DC 20530, by directly giving to a United States Postal Service employee a copy of the Certified Summons and the Certified Complaint, enclosed in an envelope, Certified Mail postage prepaid, addressed as set forth above.

A copy of the Domestic Return Receipt is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 18, 2006

_____
Max Brandy

140785

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)     B. Date of Delivery

C. Signature   *[signature]*
X                SEP 15 2006
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

1. Article Addressed to:

The Attorney General of the U.S.
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7002 0860 0004 1898 0773

PS Form 3811, July 1999     Domestic Return Receipt     102595-00-M-0952