U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

MGH Community Health, Inc. d/b/a MGH Home Health

vs.

Michael O. Leavitt, Secretary, Department of Health and Human Services

No. 1:06CV01571

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons; Complaint for Declaratory and Injunctive Relief and for Sums Due Under the Medicare Act; Notice Of Right To Consent To Trial Before A United States Magistrate Judge; and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:50 pm on September 11, 2006, I served Michael O. Leavitt, Secretary, Department of Health and Human Services c/o US Attorney for the District of Columbia at 501 3rd Street, NW, Suite 4500, Washington, DC 20001 by serving Cynthia Parker, Legal Assistant, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     45
HEIGHT-  5'0"
HAIR-    BLACK
WEIGHT-  175
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  9-13-06
             Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 176438