DISTRICT OF COLUMBIA SUPERIOR COURT
Civil Division

| | |
|---|---|
| MGH COMMUNITY HEALTH, INC., d/b/a ) <br> MGH HOME HEALTH ) <br>     Plaintiff ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, ) <br> Secretary, Department of Health and Human ) <br> Services ) <br>     Defendant ) <br> ) <br> ) <br> ) | Case No. 1:06CV01571 |

**Affidavit of Service**

I, Max Brandy, say that I am over the age of eighteen years, and that my business address is: 1401 H Street, N.W., Suite 500, Washington, DC 20005. On September 11, 2006, I served the Summons; Complaint for Declaratory and Injunctive Relief and for Sums Due Under the Medicare Act; Notice of Right To Consent To Trial Before A United States Magistrate Judge; and Initial Electronic Case Filing Order in the above entitled case on Michael O. Leavitt, as Secretary of Health and Human Services, c/o Office of the General Counsel, Hubert Humphrey Building, Room #722A, 200 Independence Avenue, S.W., Washington, DC 20005, by directly giving to a United States Postal Service employee a copy of the Certified Summons and the Certified Complaint, enclosed in an envelope, Certified Mail postage prepaid, addressed as set forth above.

A copy of the Domestic Return Receipt is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 29, 2006

_____
Max Brandy

140785.2

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly): Lawrence<br>B. Date of Delivery: 9-15-06<br>C. Signature: X [signature] ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Secretary of Health and Human Svs.<br>c/o Office of the General Counsel<br>Hubert Humphrey Bldg., Rm. 722A<br>200 Independence Avenue, S.W.<br>Washington, DC 20005-3324 | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Copy from service label) | 7002 0860 0004 1898 0766 |
| PS Form 3811, July 1999 | Domestic Return Receipt  102595-00-M-0952 |