UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MGH COMMUNITY HEALTH, INC., d/b/a<br>MGH HOME HEALTH<br><br>   Plaintiff,<br><br> v.<br><br>MICHAEL O. LEAVITT, Secretary<br>of Health and Human Services,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No.1:06CV01571<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO RESPOND TO THE COMPLAINT**

  Defendant, Michael O. Leavitt, Secretary of Health and Human Services ("the Secretary"), respectfully moves, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time of 60 days, up to and including January 15, 2007, within which to respond to Plaintiff's Complaint. This is the first enlargement of time sought by either party in this case. If granted, this enlargement will not impact any other deadlines in this case since no scheduling order has yet been entered. Pursuant to Local Civil Rule 7(m), Defendant's counsel conferred with counsel for Plaintiff via telephone and Plaintiff's counsel stated that Plaintiff consented to the requested relief. In support of this Motion, Defendant states as follows:

  1. Plaintiffs' Complaint seeks judicial review of a decision by the Secretary denying Plaintiffs' request for certain Medicare reimbursement.

  2. Jurisdiction over this action is based on 42 U.S.C. § 1395oo(f)(1), which provides for judicial review of final decisions by the Secretary under the standards of the Administrative

Procedure Act, 5 U.S.C. § 701 et seq.

3. The Secretary has not yet finished complying the administrative record in this case, preventing agency counsel from adequately reviewing the record and consulting with the client before an appropriate response to Plaintiff's Complaint can be submitted.

4. Additionally, the Parties have engaged in preliminary settlement negotiations and believe it likely that this matter will be resolved through settlement without the need for protracted litigation.

5. In order to allow sufficient time for preparation of an appropriate response to Plaintiff's Complaint, the Secretary respectfully requests an enlargement of time of 60 days, up to and including January 15, 2007, within which to respond to the Complaint.

6. This request is made in good faith and not for purposes of delay.

A proposed Order is attached.

Respectfully submitted,

    /s/
JEFFREY A. TAYLOR,
United States Attorney
D.C. Bar No. 498610

    /s/
MEGAN L. ROSE
Assistant United States Attorney
NC Bar No. 28639
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7220/FAX: (202) 514-8780

_____DAVID HOSKINS
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
330 Independence Ave., S.W., Room 5309
Washington, D.C. 20201

Attorneys for Defendant,
Michael O. Leavitt,
Secretary of Health and Human Services