# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MGH COMMUNITY HEALTH, INC., d/b/a<br>MGH HOME HEALTH<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL O. LEAVITT, Secretary<br>of Health and Human Services,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No.1:06CV01571<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of Defendant's Consent Motion for Enlargement of Time, and the entire record herein, it is this _____ day of November, 2006,

ORDERED that Defendant's motion be, and hereby is, GRANTED; and it is further

ORDERED that Defendant shall respond to Plaintiff's Complaint on or before _____ , 2007.

Dated:_____

_____
UNITED STATES DISTRICT JUDGE