UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MGH Community Health, Inc., )<br>      Plaintiff, )<br>)<br>      v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary, United States Department of )<br>Health and Human Services, )<br>)<br>      Defendant. ) | Civ. Action No. 06-1571 (EGS)<br>ECF |

## **PRAECIPE**

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Megan L. Rose as counsel for the defendant in the above-captioned case.

                                              Respectfully submitted,

                                              /s/

                                              MEGAN L. ROSE, NC Bar #28639
                                              Assistant United States Attorney
                                              United States Attorney's Office
                                              Civil Division
                                              555 4th Street, N.W.
                                              Washington, D.C. 20530
                                              (202) 514-7220
                                              (202) 514-8780 (fax)
                                              Megan.Rose@usdoj.gov