## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MGH COMMUNITY HEALTH, INC., d/b/a | ) | |
| MGH HOME HEALTH | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.1:06CV01571 |
| | ) | |
| MICHAEL O. LEAVITT,  Secretary | ) | |
| of Health and Human Services, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
### WITHIN WHICH TO RESPOND TO THE COMPLAINT

Defendant, Michael O. Leavitt, Secretary of Health and Human Services ("the Secretary"), respectfully moves, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time of 30 days, up to and including February 14, 2007, within which to respond to Plaintiffs' Complaint.  In support of this Motion, Defendant states as follows:

1.  Plaintiffs' Complaint seeks judicial review of a decision by the Secretary denying Plaintiffs' request for certain Medicare reimbursement.

2.  Jurisdiction over this action is based on 42 U.S.C. § 1395oo(f)(1), which provides for judicial review of final decisions by the Secretary under the standards of the Administrative Procedure Act, 5 U.S.C. § 701 et seq.

3.  The Parties have reached a tentative settlement agreement, subject to final approval by the Department of Justice and believe that this matter will be resolved through settlement without the need for protracted litigation.

4.  In order to allow sufficient time for the Department of Justice to approve the tentative settlement agreement, the Secretary respectfully requests an enlargement of time of 30 days, up to and including February 14, 2007, within which to respond to the Complaint.

5.  This is the second enlargement of time sought by the Secretary in this case.  If granted, this enlargement will not impact any other deadlines in this case since no scheduling order has yet been entered.

6.  Pursuant to Local Civil Rule 7(m), Defendant's counsel conferred with counsel for Plaintiffs via telephone.  Plaintiffs' counsel stated that Plaintiffs consent to the requested relief.

7.  This request is made in good faith and not for purposes of delay.

A proposed Order is attached.

Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR,
United States Attorney
D.C. Bar No. 498610


_____/s/_____
MEGAN L. ROSE
Assistant United States Attorney
NC Bar No. 28639
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7220/FAX: (202) 514-8780


DAVID HOSKINS
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
330 Independence Ave., S.W., Room 5309
Washington, D.C. 20201

Attorneys for Defendant,
Michael O. Leavitt,
Secretary of Health and Human Services