UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MGH COMMUNITY HEALTH, INC., d/b/a<br>MGH HOME HEALTH<br><br>       Plaintiff,<br><br>    v.<br><br>MICHAEL O. LEAVITT, Secretary<br>of Health and Human Services,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No.1:06CV01571 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO RESPOND TO THE COMPLAINT**

Defendant, Michael O. Leavitt, Secretary of Health and Human Services ("the Secretary"), respectfully moves, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time of 7 days, up to and including February 21, 2007, within which to respond to Plaintiffs' Complaint. Pursuant to Local Civil Rule 7(m), on February 14, 2007, Defendant's counsel conferred with counsel for Plaintiffs via telephone. Plaintiffs' counsel stated that Plaintiffs consent to the requested relief. In support of this Motion, Defendant states as follows:

The Parties in this case have reached a tentative settlement agreement. Some additional time, however, is necessary in order to finalize the agreement, obtain the necessary supervisory review, and obtain all of the required signatures, including those from Plaintiff and the United States Attorney's Office. By way of background, Plaintiffs' Complaint seeks judicial review of a decision by the Secretary denying Plaintiffs' request for certain Medicare reimbursement. Jurisdiction over this action is based on 42 U.S.C. § 1395oo(f)(1), which provides for judicial

review of final decisions by the Secretary under the standards of the Administrative Procedure Act, 5 U.S.C. § 701 et seq. Pursuant to the Court's order of November 17, 2006, the Secretary's response to Plaintiffs' Complaint was due by January 15, 2006. Fed. R. Civ. P. 12(a)(3). A subsequent order extended the Secretary's time to answer until February 14, 2007. This is the third enlargement of time sought by the Secretary in this case. If granted, this enlargement will not impact any other deadlines in this case, since no scheduling order has yet been entered.

    This request is made in good faith and not for purposes of delay. Indeed, Defendant believes that granting the instant motion will allow for the resolution of this case without the need for further litigation.

    A proposed Order is attached.

Respectfully submitted,

JEFFREY A. TAYLOR,
United States Attorney
D.C. Bar No. 498610

    /s/
MEGAN L. ROSE
Assistant United States Attorney
NC Bar No. 28639
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220/FAX: (202) 514-8780

DAVID HOSKINS
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
330 Independence Ave., S.W., Room 5309
Washington, D.C. 20201

Attorneys for Defendant,
Michael O. Leavitt,
Secretary of Health and Human Services