UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MGH COMMUNITY HEALTH, INC., d/b/a<br>MGH HOME HEALTH<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL O. LEAVITT, Secretary<br>of Health and Human Services,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No.1:06CV01571 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of Defendant's Unopposed Motion for Enlargement of Time, and the entire record herein, it is this _____ day of February, 2007,

ORDERED that Defendant's motion be, and hereby is, GRANTED; and it is further

ORDERED that Defendant shall respond to Plaintiffs' Complaint on or before February 21, 2007.

Dated:_____

                                                                                                                          _____
                                                                                                                          UNITED STATES DISTRICT JUDGE